**Khidr ABDUL–KHABIR,**
**Plaintiff–Appellant,**

v.

**D. STEARNS, Sergeant, Hampton Roads Regional Jail; E. Taylor, Captain, Hampton Roads Regional Jail; David Simons, Assistant Superintendent, Hampton Roads Regional Jail; C. Poe, Sergeant (Classification) Hampton Roads Regional Jail; Roy W. Cherry, Superintendent, Hampton Roads Regional Jail, Defendants–Appellees.**

No. 02–7424.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 15, 2002.

Khidr Abdul–Khabir, Appellant Pro Se.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Khidr Abdul–Khabir appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Abdul–Khabir v. Stearns,* No. CA–02–708–2 (E.D.Va. Sept. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*